FILED

08/05/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

No. DA 20-0115

IN THE

SUPREME COURT OF THE STATE OF MONTANA

_____

THE CITY OF MISSOULA,

*Plaintiff and Appellant*,

VS.

MOUNTAIN WATER COMPANY, a Montana Corporation; AND CARLYLE INFRASTRUCTURE PARTNERS, LP, a Delaware limited partnership,

*Defendants/Appellees and Cross-Appellants,*

AND

THE EMPLOYEES OF MOUNTAIN WATER COMPANY,

*Intervenors and Appellees.*

_____

ON APPEAL FROM THE MONTANA FOURTH JUDICIAL DISTRICT COURT,
MISSOULA COUNTY, HON. KAREN TOWNSEND, PRESIDING
CASE NO. DV-14-352

**GRANT OF UNOPPOSED JOINT MOTION FOR EXTENSION OF TIME**

Pursuant to authority granted under Mont. R. App. P. 26(1),

Defendants/Appellees, Cross Appellants Carlyle Infrastructure Partners, LP

("Carlyle") and Mountain Water Company's ("Mountain Water") Unopposed

Motion for Extension of Time to File Combined Opening Brief is granted.

Defendants/Appellees, Cross Appellants Carlyle and Mountain Water may file and

serve their joint opening brief on or before September 18, 2020.

15162460_v1

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
August 5 2020